UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLANIAH HARTS,<br><br>                      Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                      Defendant. | CASE NO. C17-1460-MAT<br><br>ORDER |

Plaintiff's motion to seal an exhibit containing medical evidence submitted in connection with her Opening Brief is GRANTED.

DATED this 22nd day of February, 2018.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1